**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THOMAS BUCKLEY and LINDA FERREIRA-BUCKLEY,** ***Plaintiffs,*** | § | |
| ***v.*** | § | |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity, but solely as Trustee of the Truman 2021 SC9 Title Trust, and CARRINGTON MORTGAGE SERVICES, LLC,** ***Defendants,*** | § | **CASE NO. 1:25-CV-1801-ADA-ML** |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 18. Judge Lane recommends that this Court **GRANT** Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Brief in Support (Dkt. 12) and **DISMISS WITH PREJUDICE** Plaintiffs' claims in the First Amended Complaint for failure to state a claim. *Id.* at 19. The report was filed on August 3, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Lane's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When

no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.”). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants’ Motion to Dismiss Plaintiffs’ First Amended Complaint and Brief in Support (Dkt. 12) is hereby **GRANTED**, and Plaintiffs’ claims in the First Amended Complaint are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 27th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE